IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLA J. KING, | ) | 2:11-cv-00864-GEB-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| JOHN A. KAZE, DDS; SHASTA COMMUNITY HEALTH DENTAL CENTER; and DOES 1 through 20, | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Joint Status Report filed July 18, 2011 ("JSR") reveals this case is not ready to be scheduled since the parties dispute whether Plaintiff's administrative tort claim filed with the Department of Health & Human Services ("DHHS") on June 3, 2011 should stay this action. (ECF No. 2:6-14.) Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 1, 2011 is continued to November 14, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, any party opining that this action should be stayed pending a ruling on the referenced administrative tort claim shall file a motion to stay this action no later than August 15, 2011. The

1

referenced motion must be noticed for hearing on the Court's earliest available law and motion date.

IT IS SO ORDERED.

Dated:  July 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge